03-15-00007-CV

January 21, 2015

Gaines West
West, Webb, Allbritton
1515 Emerald Plaza
College Station, TX  77845

**Re:  Cause No. D-1-GN-14-001635**
**John Doe v Board of Directors of the State Bar of Texas**

Dear Mr. West:

This letter is regarding your Request for Reporter's Record in the above-styled case.

I was not the Reporter at the hearing on July 23, 2014.

Sincerely,


/s/ Meanette J Salgado
Meanette J Salgado, CSR, RPR
Official Court Reporter
126th Judicial District Court
P.O. Box 1748
Austin, Texas 78767

CC:  Jeffrey D. Kyle, Third Court of Appeals